**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-6086**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

DONNA B. TALLEY,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News. Mark S. Davis, Chief District Judge. (4:16-cr-00021-MSD-RJK-1)

Submitted: June 23, 2020                                      Decided: June 30, 2020

Before MOTZ, AGEE, and RICHARDSON, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Donna B. Talley, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Donna B. Talley appeals the district court's order denying her post-judgment motion for jail-time credit in her criminal case. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Talley*, No. 4:16-cr-00021-MSD-RJK-1 (E.D. Va. Dec. 6, 2019; Nov. 5, 2019; Oct. 4, 2019). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*